Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
_Southern_ District of _Arizona_

_____ Division

```
FILED ✓        LODGED
RECEIVED ____  COPY

FEB - 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KA              DEPUTY
```

Case No. _____

_(to be filled in by the Clerk's Office)_

Aaron Harvey Beitch

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Chief of Police Tucson Police
Chris Magnus

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: _(check one)_ ☒ Yes ☐ No

**CIV18- 67 TUC BPV**

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                AARON HARVEY BEITCH

Address             455 WEST KELSO APT#204

                    TUCSON          ARIZONA   85705
                    *City*          *State*   *Zip Code*

County              PIMA COUNTY

Telephone Number    1-520-278-3144

E-Mail Address      aaronbeitch2@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      CHRIS MAGNUS    14TH AMENDMENT

Job or Title *(if known)* CHIEF OF POLICE TUCSON Police DepARTmE

Address                   270 SOUTH STONE AVE.

                          TUCSON          ARIZONA   85701
                          *City*          *State*   *Zip Code*

County                    PIMA COUNTY

Telephone Number          1-520-791-4441

E-Mail Address *(if known)*

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                      JUSTIN LANE    14TH Amendment

Job or Title *(if known)* Lieutenant OFFICE of Professional Sta

Address                   270 SOUTH STONE AVE.

                          TUCSON          ARIZONA   85701
                          *City*          *State*   *Zip Code*

County                    PIMA COUNTY

Telephone Number          1-520-791-4441

E-Mail Address *(if known)*

☒ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name    MICKEY PETERSON    14TH AmenDment

Job or Title (if known)    SeRGeant Office of Professional STANDa

Address    270 SOUTH STONE AVE.

TUCSON    ARIZONA    85701
City    State    Zip Code

County    PIMA COUNTY

Telephone Number    1-520-791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

Defendant No. 4

Name    DenniS J. MiLLeR

Job or Title (if known)    OFFICER (42405) TUCSON PoliCE

Address    270 SOUTH STONE AVE

TUCSON    ARIZONA    85701
City    State    Zip Code

County    PIMA COUNTY

Telephone Number    1-520-791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

Defendant No. 5

Name    PAULINA REED

Job or Title (if known)    OFFICER (101286) TUCSON PoliC

Address    270 SOUTH STONE AVE

TUCSON    ARIZONA    85701
City    State    Zip Code

County    PIMA COUNTY

Telephone Number    1-520-791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

Defendant No. 6

Name    CHELSEA LYNN GUTiERREZ

Job or Title (if known)    OFFICER (37097) TUCSON POLICE

Address    270 SOUTH STONE AVE

TUCSON    ARIZONA    85701
City    State    Zip Code

County    PIMA COUNTY

Telephone Number    1-520-791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 7
   Name
   Job or Title *(if known)*
   Address

   ROBERT JUDE MIRANDA
   OFFICER (46937) TUCSON POLICE
   270 SOUTH STONE AVE
   TUCSON       ARIZONA   86701
              City         State      Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   PIMA  COUNTY
   1-520-791-4441

   ☒ Individual capacity   ☐ Official capacity

Defendant No. 8
   Name
   Job or Title *(if known)*
   Address

   SGT DAVID W HILL
   OFFICER (46938) TUCSON Police
   270 SOUTH STONE AVE
   TUCSON    ARIZONA    85701
            City       State      Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   PIMA COUNTY
   1-520-791-4441

   ☒ Individual capacity   ☐ Official capacity

   *n/AMENDMENT AND 4TH Amend*

Defendant No. 9
   Name
   Job or Title *(if known)*
   Address

   COLIN JEFFERSON HYDE
   OFFICER (49273) TUCSON Police
   270 SOUTH STONE AVE.
   TUCSON    ARIZONA   86701
            City       State     Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   PIMA   COUNTY
   1-520-791-4441

   ☒ Individual capacity   ☐ Official capacity

Defendant No. 10
   Name
   Job or Title *(if known)*
   Address

   DANIEL RODRIGUEZ
   OFFICER (100504) TUCSON Polr.
   270 SOUTH STONE AVE
   TUCSON    ARIZONA   85701
            City       State     Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   PIMA  COUNTY
   1-520-791-4441

   ☒ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 11

Name BRENDAN WIBERG

Job or Title (if known) OFFICER (101692) TUCSON POLICE

Address 270 SOUTH STONE AVE

TUCSON         ARIZONA  85701
                    City            State           Zip Code

County PIMA COUNTY

Telephone Number 1-520-791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

Defendant No. 12

Name CYNTHIA KOZDA

Job or Title (if known) OFFICER (101839) TUCSON POLICE

Address 270 SOUTH STONE AVE.

TUCSON      ARIZONA     85701
                    City            State          Zip Code

County PIMA COUNTY

Telephone Number 1-520 -791-4441

E-Mail Address (if known)

☒ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4 Amendment - Search and Seizure - ARS 13-3883

14 Amendment - Due process
      excessive use of force

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See ADDITIONAL ATTACHMEN FOR IN DEPTH DESCRIPTION

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

455 WEST KELSO AND NORTH 14th

B.   What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 9 2017

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WAS GOING TO WORK AT ABOUT 4:30 Am IN MORNING When, I EXITED THE REAR GATE OF THE SIERRAMADRE Condo where I live AT. While, I WAS GOING To my CAR A GRAY ford 2000 ESCORT- License pLATE AZ - CANUZ70 I seen A flashlight flash AT me 2 TImes I WAIVED TO AcKnowledged THAT I HAD seen The FLASHlight FLASH IN MY DIRECTION. I PROCEEDED TO GET IN MY CAR, I HAD GOTTEN IN the CAR, WHen, I WAS DemanDeD By A OFFICER TO exit my vechIle while he WAS pointing HIS SHOTGUN/High POWER RIfle AT MY Head. Telling ME EXIT MY vechILe AND PUT MY HANDS ON The HOOD of The vechILE. See ATTACHMEN

Page 4 of 6

Supplemental attachment to Tucson Police Department complaint to United States Southern District Of Arizona

I was going to work at about 4:30 a.m. in the morning. When , I exited the rear gate of the Sierra Madre Condo Where I live at. While, I was going to my car a gray ford escort-license plate Az# Can4270. I seen a flashlight Flash at me 2 times. I waived my hand to acknowledge that I had seen the flashlight. Flash in my direction. I Proceeded to get in my car. I had gotten in the car. When, I was demanded by a Officer to exit my vehicle While He was pointing his Shotgun/ High Power Rifle at my Head Telling me exit vehicle and put my hands on the . hood of the vehicle. While, I was exiting my vehicle that had no one else in it. {this can be seen clearly in the body cam footage taken by the Tucson Police Department } While exiting the vehicle several Officers of the Tucson Police Department were pointing their firearms at me and screaming at me . They were asking me "have I seen a . Black man." I responded no I don't know what is going .on. While they were screaming at me with their guns Drawn on me , They also asked me my name . Which I replied Aaron Beitch . I told the Officers that I lived at 455 West KelsoApt 204 . They asked me where my Identification was in my right pocket. All this apart can be seen in The {body cam footage taken by the last officer in the video. } At this time the Officer with body cam footage points camera in direction of Officers still walking on foot towards AAG apartment complex. This is when I was approached by Officer Paulina Reed Badge #101286 and other Officers while I had my hands on the hood of the car. She grabbed my hands from the hood of the car and put handcuffs on me, I specificly asked Officer P. reed #101286 why I was being detained. Officer Reed responded to me "I fit the description of a black man that they were looking for.' About a minute went buy and this is when Officer P. Reed#101286 called into the station and asked where the suspect was located. The station said that the incident was at 2620 n. 14ᵗʰ #7. I explained to Officer P. Reed that I was not on Parole , Probation, nor did I have any warrants or detainers. I explained that I was not black and I didn't fit the description of any black man they were looking for. This was when Officer P. Reed toke my Drivers License from my wallet and had the police station run my information. The whole time I was in hand cuffs. The station called back and said that I was clear. I was finally released from handcuffs after about 5 to 6 minutes of unlawfully being detained. I explained to Officer P. Reed that I was being unlawfully against my will and placed in restraints under false pretenses "I fit the description of a black male that they were looking for." At gun point. I was completely disrespected by the Officers behavior and given no apologies or any logical answers for my detention. This is what caused me to file a complaint with Sergeant of Professional Standards Mickey Peterson an Lt . Justin Lane. They denied my complaint even after watching the Body cam footage with me.That is why I am filing a 1983

civil rights lawsuit.

I swear under oath that the above statement is true and correct.

Aaron Beitch

455 West Kelso Apt#204

Tucson, Arizona 85705

1-520-278-3144

MAILING AARON BEITCH
ADDRESS P.O. Box 85403
TUCSON, ARIZONA 85704

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. WELL, I DON'T HAVE MEDICAL INSURANCE. SO, ALL INJURIES HAVE WENT UNTREATED. BOTH PSYCHOLOGICAL AND PHYSICAL INJURIES

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.    MONETARY AND PUNITIVE

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _AARON HARVEY BURCH_____

Printed Name of Plaintiff  _AARON HARVEY BURCH_____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

                          _____  _____  _____
                               City          State    Zip Code

Telephone Number          _____

E-mail Address            _____